# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:21-CV-093-KDB-DCK

| | |
|---|---|
| JOERELLA ELLEBY, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| LIBERTY UNIVERSITY, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by Ted Lewis Johnson, concerning Avi R. Kaufman, on July 8, 2021. Avi R. Kaufman seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. Avi R. Kaufman is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: July 8, 2021

David C. Keesler
United States Magistrate Judge