IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:21-CV-093-KDB-DCK

| JOERELLA ELLEBY, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| LIBERTY UNIVERSITY, INC., | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion For Stay" (Document No. 16) filed February 4, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Bell's chambers, the undersigned will <u>deny</u> the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion For Stay" (Document No. 16) is **DENIED**.

Signed: February 4, 2022

David C. Keesler
United States Magistrate Judge