# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## Case No.: 5:21-cv-00093-KDB-DCK

| | |
|---|---|
| JOERELLA ELLEBY, on behalf of herself and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| LIBERTY UNIVERSITY, INC., | ) ) |
| Defendant. | ) ) |

## JOINT NOTICE OF SETTLEMENT

The purpose of this Joint Notice of Settlement is to apprise the Court that Plaintiff and Defendant has reached a settlement in principle that will resolve all claims asserted by Plaintiff. The parties are in the process of finalizing settlement terms and expect to file a Joint Stipulation of Dismissal with Prejudice with the Court within thirty (30) days from the filing of this Joint Notice of Settlement.

[ REMAINDER OF THIS PAGE INTENTIONAL LEFT BLANK]

Respectfully submitted this the 18th day of March 2022.

/s/ Robert M. Kennedy, Jr.
Robert M. Kennedy, Jr.
North Carolina Bar No. 36865
Phelps Dunbar LLP
4141 Parklake Avenue, Suite 530
Raleigh, North Carolina  27612
robert.kennedy@phelps.com
Telephone:  (919) 789-5300
Facsimile:  (919) 789-5301

*Attorney for Defendant Liberty University, Inc*


/s/ Avi R. Kaufman- with permission
Avi R. Kaufman (*pro hac vice*)
Kaufman, P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305)469-5881
kaufman@kaufmanpa.com

And

Ted Lewis Johnson
N.C. Bar No. 39791
P.O. Box 5272
Greensboro, NC 27435
Telephone: (336)252-8596
tedlewisjohnson@tedlewisjohnson.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on March 18, 2022, the document to which this certificate is affixed was filed with the clerk of Court using the Court's CM/ECF System, which allows for automatic electronic service on the following counsel of record.

Ted Lewis Johnson
P.O. Box 5272
Greensboro, NC 27435

Avi R. Kaufman
Kaufman, P.A.
400 NW 26th Street
Miami, FL 33127

*Attorneys for Plaintiff*

/s/ Robert M. Kennedy, Jr.
Robert M. Kennedy, Jr.
North Carolina Bar #36865
Phelps Dunbar LLP
4141 Parklake Avenue, Suite 530
Raleigh, North Carolina 27612
robert.kennedy@phelps.com
Telephone: (919) 789-5300
Facsimile: (919) 789-5301

*Attorneys for Defendant Liberty University, Inc.*