IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Case No.: 5:21-cv-00093-KDB-DCK

| | |
|---|---|
| JOERELLA ELLEBY, on behalf of herself and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| LIBERTY UNIVERSITY, INC., | ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL

Plaintiff Joerella Elleby and Defendant Liberty University, Inc. hereby stipulate to the dismissal of this action with prejudice as to the Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Dated: March 29, 2022         Respectfully Submitted,

/s/ Avi R. Kaufman
Avi R. Kaufman
Florida State Bar # 84382
Kaufman P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com

Ted Lewis Johnson
North Carolina State Bar # 39791
PO Box 5272
Greensboro, NC 27435
Telephone: (336) 252-8596
Email: tedlewisjohnson@tedlewisjohnson.com

*Counsel for Plaintiff*

1

*/s/ Robert M. Kennedy, Jr. (with permission)*
Robert M. Kennedy, Jr.
North Carolina Bar No. 36865
Phelps Dunbar LLP
4141 Parklake Avenue, Suite 530
Raleigh, North Carolina 27612
robert.kennedy@phelps.com
Telephone: (919) 789-5300
Facsimile: (919) 789-5301

*Attorneys for Defendant Liberty University, Inc.*